| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 09/10/2013**
| 2522.001 | 09/10/2013 | 10 | A | 1 | 285.00 | 0.25 | 71.25 | Telephone call to client regarding issues with Writ of Execution.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 09/10/2013**　　Billable　0.25　71.25

**Transaction Date 09/11/2013**
| 2522.001 | 09/11/2013 | 10 | A | 1 | 285.00 | 0.20 | 57.00 | Telephone call from client (2x) regarding negotiation strategy.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 09/11/2013**　　Billable　0.20　57.00

**Transaction Date 09/12/2013**
| 2522.001 | 09/12/2013 | 11 | A | 1 | 285.00 | 1.50 | 427.50 | Meeting with client regarding bankruptcy options; memo to file regarding same; conference with C. Sturgeon regarding notes and schedule preparation; email to L. Landerholm regarding file and documents.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 09/12/2013**　　Billable　1.50　427.50

**Transaction Date 09/16/2013**
| 2522.001 | 09/16/2013 | 11 | A | 1 | 285.00 | 0.30 | 85.50 | Telephone call from client regarding update; email to B. Summers regarding payment proposal and execution sale.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 09/16/2013**　　Billable　0.30　85.50

**Transaction Date 09/18/2013**
| 2522.001 | 09/18/2013 | 15 | A | 1 | 100.00 | 0.40 | 40.00 | Receive and review voicemail from client; telephone conference with client; scan 2010 and 2011 tax returns to send to CPA.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 09/18/2013**　　Billable　0.40　40.00

**Transaction Date 09/24/2013**
| 2522.001 | 09/24/2013 | 11 | A | 1 | 285.00 | 0.20 | 57.00 | Emails from/to B. Summers regarding negotiations and status of writ.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 09/24/2013**　　Billable　0.20　57.00

**Transaction Date 09/25/2013**
| 2522.001 | 09/25/2013 | 11 | A | 1 | 285.00 | 0.20 | 57.00 | Emails from/to B. Summers regarding settlement negotiation meetings; email to client regarding update.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 09/25/2013**　　Billable　0.20　57.00

**Transaction Date 10/10/2013**
| 2522.001 | 10/10/2013 | 11 | A | 1 | 285.00 | 0.30 | 85.50 | Telephone call from B. Summers regarding payment plan and negotiations; email to client regarding same.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 10/10/2013**　　Billable　0.30　85.50

**Transaction Date 12/03/2013**
| 2522.001 | 12/03/2013 | 11 | A | 1 | 285.00 | 0.40 | 114.00 | Telephone call from client regarding strategy and update; email from client regarding financial statements for O'Neill's Tools; email to B. Summers regarding same.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 12/03/2013**　　Billable　0.40　114.00

Date: 05/22/2014                                   **Detail Fee Transaction File List**                                            Page: 2
Motschenbacher & Blattner LLP

In re: Michael Madison O'Neill
Case No. 14-32050-elp

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 12/05/2013**
| 2522.001 | 12/05/2013 | 11 | A | 1 | 285.00 | 0.10 | 28.50 | Email from client regarding Les Schwab bill; email to B. Summers regarding same; email to client regarding advice on matter.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 12/05/2013**     Billable    0.10    28.50

**Transaction Date 12/27/2013**
| 2522.001 | 12/27/2013 | 11 | A | 1 | 285.00 | 0.20 | 57.00 | Review letter regarding arbitration hearing; email to client regarding options on fee arbitration.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 12/27/2013**     Billable    0.20    57.00

**Transaction Date 01/29/2014**
| 2522.001 | 01/29/2014 | 11 | A | 1 | 320.00 | 0.30 | 96.00 | Emails from/to B. Summers regarding execution sale and payment proposal; emails from/to client regarding same.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 01/29/2014**     Billable    0.30    96.00

**Transaction Date 01/31/2014**
| 2522.001 | 01/31/2014 | 11 | A | 1 | 320.00 | 0.20 | 64.00 | Email from B. Summers regarding counteroffer; email to client regarding same.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 01/31/2014**     Billable    0.20    64.00

**Transaction Date 02/06/2014**
| 2522.001 | 02/06/2014 | 11 | A | 1 | 295.00 | 0.30 | 88.50 | Telephone call from client regarding strategy with fee arbitration and foreclosure sale issue, possible bankruptcy.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 02/06/2014**     Billable    0.30    88.50

**Transaction Date 02/19/2014**
| 2522.001 | 02/19/2014 | 11 | A | 1 | 295.00 | 0.20 | 59.00 | Email from/to B. Summers regarding need for resolution.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 02/19/2014**     Billable    0.20    59.00

**Transaction Date 02/20/2014**
| 2522.001 | 02/20/2014 | 11 | A | 1 | 295.00 | 2.00 | 590.00 | Email from S. Smith regarding fee arbitration and D. LeMeitour opinion (0.1); email to client regarding same (0.1); review file and prepare notes for client meeting (0.4); conference with client regarding bankruptcy analysis (1.4).<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 02/20/2014**     Billable    2.00    590.00

**Transaction Date 02/25/2014**
| 2522.001 | 02/25/2014 | 11 | A | 1 | 295.00 | 0.40 | 118.00 | Lengthy telephone call from S. Smith regarding fees and arbitration; email to client regarding offer.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 02/25/2014**     Billable    0.40    118.00

**Transaction Date 02/27/2014**
| 2522.001 | 02/27/2014 | 11 | A | 1 | 320.00 | 0.20 | 64.00 | Emails to/from client regarding settlement offers to S. Smith; email to S. Smith regarding final offer by client.<br>O'Neill/Mike<br>Bankruptcy | ARCH |

**Total for Transaction Date 02/27/2014**     Billable    0.20    64.00

Date: 05/22/2014 — Detail Fee Transaction File List — Motschenbacher & Blattner LLP — Page: 3
In re: Michael Madison O'Neill
Case No. 14-32050-elp

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 04/10/2014** | | | | | | | | | |
| 2522.001 | 04/10/2014 | 12 | P | 1 | 250.00 | 3.80 | 949.83 | Review petition, schedules and client intake packet (.9); edit petition and schedules (.7); conference with M. O'Neil regarding bankruptcy documents and signing (1.1); file petition(.4); additional work on schedules(.7). O'Neill/Mike Bankruptcy | 19 |
| **Total for Transaction Date 04/10/2014** | | | | | Billable | 3.80 | 949.83 | | |
| **Transaction Date 04/14/2014** | | | | | | | | | |
| 2522.001 | 04/14/2014 | 12 | P | 1 | 250.00 | 0.30 | 74.99 | Brief review of plan; review bad address information from court. O'Neill/Mike Bankruptcy | 20 |
| **Total for Transaction Date 04/14/2014** | | | | | Billable | 0.30 | 74.99 | | |
| **Transaction Date 04/16/2014** | | | | | | | | | |
| 2522.001 | 04/16/2014 | 12 | P | 1 | 250.00 | 0.40 | 99.98 | Work on Ch 13 Plan. O'Neill/Mike Bankruptcy | 21 |
| **Total for Transaction Date 04/16/2014** | | | | | Billable | 0.40 | 99.98 | | |
| **Transaction Date 04/21/2014** | | | | | | | | | |
| 2522.001 | 04/21/2014 | 12 | P | 1 | 250.00 | 0.40 | 99.98 | Conference with N. Henderson regarding credit report and remaining documents in O'Neil bankruptcy. O'Neill/Mike Bankruptcy | 23 |
| **Total for Transaction Date 04/21/2014** | | | | | Billable | 0.40 | 99.98 | | |
| **Transaction Date 04/24/2014** | | | | | | | | | |
| 2522.001 | 04/24/2014 | 12 | P | 1 | 250.00 | 2.00 | 499.91 | Edit plan (.6); telephone conference with M. O'Neil regarding 341 meeting, judgments, credit report and schedule information (.4); review credit report and edit schedules to reflect same (1.0). O'Neill/Mike Bankruptcy | 24 |
| **Total for Transaction Date 04/24/2014** | | | | | Billable | 2.00 | 499.91 | | |
| **Transaction Date 04/25/2014** | | | | | | | | | |
| 2522.001 | 04/25/2014 | 11 | P | 1 | 320.00 | 0.50 | 159.97 | Conference with T. Sexton regarding schedules and exemptions; review and revise plan; conference with T. Sexton regarding changes to plan and schedules. O'Neill/Mike Bankruptcy | 22 |
| 2522.001 | 04/25/2014 | 12 | P | 1 | 250.00 | 4.10 | 1,024.82 | Telephone conference with M. O'Neil regarding plan terms (.3); modify plan (1.1); edit schedules (.5); compare federal and state exemptions for best outcome (.7); conference with M. O'Neil regarding schedules, plan, and 341 meeting (1.1); file missing documents (.4). O'Neill/Mike Bankruptcy | 25 |
| **Total for Transaction Date 04/25/2014** | | | | | Billable | 4.60 | 1,184.79 | | |
| **Transaction Date 04/28/2014** | | | | | | | | | |
| 2522.001 | 04/28/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Amend and refile attorney compensation statement. (No Charge). O'Neill/Mike Bankruptcy | 26 |
| **Total for Transaction Date 04/28/2014** | | | | | Billable Non-billable Total | 0.00 0.20 0.20 | 0.00 50.00 50.00 | | |
| **Transaction Date 05/05/2014** | | | | | | | | | |
| 2522.001 | 05/05/2014 | 11 | P | 1 | 320.00 | 0.20 | 63.99 | Emails from/to client regarding payment to trustee and regarding tax returns. O'Neill/Mike Bankruptcy | 27 |
| 2522.001 | 05/05/2014 | 11 | P | 1 | 320.00 | 0.20 | 63.99 | Review file and confer with T. Sexton regarding 341; email to client regarding tax returns. O'Neill/Mike Bankruptcy | 28 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 05/05/2014**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total for Transaction Date 05/05/2014 | | | | | Billable | 0.40 | 127.98 | | |

**Transaction Date 05/06/2014**

| 2522.001 | 05/06/2014 | 12 | P | 1 | 250.00 | 1.80 | 449.92 | Conference with M. O'Neil regarding petitions and schedules(.4); attend 341 meeting (.6); analyze issues raised by trustee at 341(.5); review annuity details (.3). O'Neill/Mike Bankruptcy | 29 |

| Total for Transaction Date 05/06/2014 | | | | | Billable | 1.80 | 449.92 | | |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 05/07/2014**

| 2522.001 | 05/07/2014 | 12 | P | 1 | 250.00 | 0.20 | 49.99 | Review Domestic Support Obligation information sheet; file same with trustee. O'Neill/Mike Bankruptcy | 30 |

| Total for Transaction Date 05/07/2014 | | | | | Billable | 0.20 | 49.99 | | |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 05/16/2014**

| 2522.001 | 05/16/2014 | 12 | P | 1 | 250.00 | 0.80 | 199.96 | Review objection to plan (.3); analyze code basis for objection (.5). O'Neill/Mike Bankruptcy | 31 |

| Total for Transaction Date 05/16/2014 | | | | | Billable | 0.80 | 199.96 | | |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 05/19/2014**

| 2522.001 | 05/19/2014 | 12 | P | 1 | 250.00 | 1.70 | 424.92 | Analyze trustee objections(.3); analyze conflicting liquidation analysis(.9); emails with trustee's office regarding liquidation analysis and feasibility(.3), start drafting OCP. (.2) O'Neill/Mike Bankruptcy | 32 |

| Total for Transaction Date 05/19/2014 | | | | | Billable | 1.70 | 424.92 | | |
|---|---|---|---|---|---|---|---|---|---|

**GRAND TOTALS**

| | | |
|---|---|---|
| Billable | 24.05 | 6,322.00 |
| Non-billable | 0.20 | 50.00 |
| Total | 24.25 | 6,372.00 |

In re: Michael Madison O'Neill
Case No. 14-32050-elp

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 04/10/2014** | | | | | | | | |
| 2522.001 | 04/10/2014 | 11 | P | 60 | | 281.00 | United States Bankruptcy Court; filing fee O'Neill/Mike Bankruptcy | 2 |

**Total for Transaction Date 04/10/2014**       Billable       281.00

**GRAND TOTALS**

Billable       281.00

**Timekeepers:**
10 = Alexander C. Trauman, OSB #075491
11 = Nicolas J. Henderson, OSB #074027
12 = Troy G Sexton, OSB #115184
15 = Paralegal

**Summary:**
Fees:                $   6,322.00
Costs:                     281.00
**Subtotal Charges:** $   6,603.00