| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 09/10/2013**
2522.001   09/10/2013   10  A   1   285.00   0.25   71.25   Telephone call to client regarding issues with Writ of Execution.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 09/10/2013**   Billable   0.25   71.25

**Transaction Date 09/11/2013**
2522.001   09/11/2013   10  A   1   285.00   0.20   57.00   Telephone call from client (2x) regarding negotiation strategy.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 09/11/2013**   Billable   0.20   57.00

**Transaction Date 09/12/2013**
2522.001   09/12/2013   11  A   1   285.00   1.50   427.50   Meeting with client regarding bankruptcy options; memo to file regarding same; conference with C. Sturgeon regarding notes and schedule preparation; email to L. Landerholm regarding file and documents.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 09/12/2013**   Billable   1.50   427.50

**Transaction Date 09/16/2013**
2522.001   09/16/2013   11  A   1   285.00   0.30   85.50   Telephone call from client regarding update; email to B. Summers regarding payment proposal and execution sale.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 09/16/2013**   Billable   0.30   85.50

**Transaction Date 09/18/2013**
2522.001   09/18/2013   15  A   1   100.00   0.40   40.00   Receive and review voicemail from client; telephone conference with client; scan 2010 and 2011 tax returns to send to CPA.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 09/18/2013**   Billable   0.40   40.00

**Transaction Date 09/24/2013**
2522.001   09/24/2013   11  A   1   285.00   0.20   57.00   Emails from/to B. Summers regarding negotiations and status of writ.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 09/24/2013**   Billable   0.20   57.00

**Transaction Date 09/25/2013**
2522.001   09/25/2013   11  A   1   285.00   0.20   57.00   Emails from/to B. Summers regarding settlement negotiation meetings; email to client regarding update.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 09/25/2013**   Billable   0.20   57.00

**Transaction Date 10/10/2013**
2522.001   10/10/2013   11  A   1   285.00   0.30   85.50   Telephone call from B. Summers regarding payment plan and negotiations; email to client regarding same.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 10/10/2013**   Billable   0.30   85.50

**Transaction Date 12/03/2013**
2522.001   12/03/2013   11  A   1   285.00   0.40   114.00   Telephone call from client regarding strategy and update; email from client regarding financial statements for O'Neill's Tools; email to B. Summers regarding same.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 12/03/2013**   Billable   0.40   114.00

**Transaction Date 12/05/2013**
2522.001   12/05/2013   11  A   1   285.00   0.10   28.50   Email from client regarding Les Schwab bill; email to B. Summers regarding same; email to client regarding advice on matter.   ARCH
O'Neill/Mike
Bankruptcy

**Total for Transaction Date 12/05/2013**   Billable   0.10   28.50

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 12/27/2013** | | | | | | | | | |
| 2522.001 | 12/27/2013 | 11 | A | 1 | 285.00 | 0.20 | 57.00 | Review letter regarding arbitration hearing; email to client regarding options on fee arbitration. O'Neill/Mike Bankruptcy | ARCH |
| **Total for Transaction Date 12/27/2013** | | | | | Billable | 0.20 | 57.00 | | |
| **Transaction Date 01/29/2014** | | | | | | | | | |
| 2522.001 | 01/29/2014 | 11 | A | 1 | 320.00 | 0.30 | 96.00 | Emails from/to B. Summers regarding execution sale and payment proposal; emails from/to client regarding same. O'Neill/Mike Bankruptcy | ARCH |
| **Total for Transaction Date 01/29/2014** | | | | | Billable | 0.30 | 96.00 | | |
| **Transaction Date 01/31/2014** | | | | | | | | | |
| 2522.001 | 01/31/2014 | 11 | A | 1 | 320.00 | 0.20 | 64.00 | Email from B. Summers regarding counteroffer; email to client regarding same. O'Neill/Mike Bankruptcy | ARCH |
| **Total for Transaction Date 01/31/2014** | | | | | Billable | 0.20 | 64.00 | | |
| **Transaction Date 02/06/2014** | | | | | | | | | |
| 2522.001 | 02/06/2014 | 11 | A | 1 | 295.00 | 0.30 | 88.50 | Telephone call from client regarding strategy with fee arbitration and foreclosure sale issue, possible bankruptcy. O'Neill/Mike Bankruptcy | ARCH |
| **Total for Transaction Date 02/06/2014** | | | | | Billable | 0.30 | 88.50 | | |
| **Transaction Date 02/19/2014** | | | | | | | | | |
| 2522.001 | 02/19/2014 | 11 | A | 1 | 295.00 | 0.20 | 59.00 | Email from/to B. Summers regarding need for resolution. O'Neill/Mike Bankruptcy | ARCH |
| **Total for Transaction Date 02/19/2014** | | | | | Billable | 0.20 | 59.00 | | |
| **Transaction Date 02/20/2014** | | | | | | | | | |
| 2522.001 | 02/20/2014 | 11 | A | 1 | 295.00 | 2.00 | 590.00 | Email from S. Smith regarding fee arbitration and D. LeMeitour opinion (0.1); email to client regarding same (0.1); review file and prepare notes for client meeting (0.4); conference with client regarding bankruptcy analysis (1.4). O'Neill/Mike Bankruptcy | ARCH |
| **Total for Transaction Date 02/20/2014** | | | | | Billable | 2.00 | 590.00 | | |
| **Transaction Date 02/25/2014** | | | | | | | | | |
| 2522.001 | 02/25/2014 | 11 | A | 1 | 295.00 | 0.40 | 118.00 | Lengthy telephone call from S. Smith regarding fees and arbitration; email to client regarding offer. O'Neill/Mike Bankruptcy | ARCH |
| **Total for Transaction Date 02/25/2014** | | | | | Billable | 0.40 | 118.00 | | |
| **Transaction Date 02/27/2014** | | | | | | | | | |
| 2522.001 | 02/27/2014 | 11 | A | 1 | 320.00 | 0.20 | 64.00 | Emails to/from client regarding settlement offers to S. Smith; email to S. Smith regarding final offer by client. O'Neill/Mike Bankruptcy | ARCH |
| **Total for Transaction Date 02/27/2014** | | | | | Billable | 0.20 | 64.00 | | |
| **Transaction Date 04/10/2014** | | | | | | | | | |
| 2522.001 | 04/10/2014 | 12 | P | 1 | 250.00 | 3.80 | 949.83 | Review petition, schedules and client intake packet (.9); edit petition and schedules (.7); conference with M. O'Neil regarding bankruptcy documents and signing (1.1); file petition(.4); additional work on schedules(.7). O'Neill/Mike Bankruptcy | 19 |
| **Total for Transaction Date 04/10/2014** | | | | | Billable | 3.80 | 949.83 | | |
| **Transaction Date 04/14/2014** | | | | | | | | | |
| 2522.001 | 04/14/2014 | 12 | P | 1 | 250.00 | 0.30 | 74.99 | Brief review of plan; review bad address information from court. O'Neill/Mike Bankruptcy | 20 |
| **Total for Transaction Date 04/14/2014** | | | | | Billable | 0.30 | 74.99 | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 04/16/2014**
| 2522.001 | 04/16/2014 | 12 | P | 1 | 250.00 | 0.40 | 99.98 | Work on Ch 13 Plan.<br>O'Neill/Mike<br>Bankruptcy | 21 |

| **Total for Transaction Date 04/16/2014** | | | | | Billable | 0.40 | 99.98 | | |

**Transaction Date 04/21/2014**
| 2522.001 | 04/21/2014 | 12 | P | 1 | 250.00 | 0.40 | 99.98 | Conference with N. Henderson regarding credit report and remaining documents in O'Neil bankruptcy.<br>O'Neill/Mike<br>Bankruptcy | 23 |

| **Total for Transaction Date 04/21/2014** | | | | | Billable | 0.40 | 99.98 | | |

**Transaction Date 04/24/2014**
| 2522.001 | 04/24/2014 | 12 | P | 1 | 250.00 | 2.00 | 499.91 | Edit plan (.6); telephone conference with M. O'Neil regarding 341 meeting, judgments, credit report and schedule information (.4); review credit report and edit schedules to reflect same (1.0).<br>O'Neill/Mike<br>Bankruptcy | 24 |

| **Total for Transaction Date 04/24/2014** | | | | | Billable | 2.00 | 499.91 | | |

**Transaction Date 04/25/2014**
| 2522.001 | 04/25/2014 | 11 | P | 1 | 320.00 | 0.50 | 159.97 | Conference with T. Sexton regarding schedules and exemptions; review and revise plan; conference with T. Sexton regarding changes to plan and schedules.<br>O'Neill/Mike<br>Bankruptcy | 22 |
| 2522.001 | 04/25/2014 | 12 | P | 1 | 250.00 | 4.10 | 1,024.82 | Telephone conference with M. O'Neil regarding plan terms (.3); modify plan (1.1); edit schedules (.5); compare federal and state exemptions for best outcome (.7); conference with M. O'Neil regarding schedules, plan, and 341 meeting (1.1); file missing documents (.4).<br>O'Neill/Mike<br>Bankruptcy | 25 |

| **Total for Transaction Date 04/25/2014** | | | | | Billable | 4.60 | 1,184.79 | | |

**Transaction Date 04/28/2014**
| 2522.001 | 04/28/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Amend and refile attorney compensation statement. (No Charge).<br>O'Neill/Mike<br>Bankruptcy | 26 |

| **Total for Transaction Date 04/28/2014** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.20<br>0.20 | 0.00<br>50.00<br>50.00 | | |

**Transaction Date 05/05/2014**
| 2522.001 | 05/05/2014 | 11 | P | 1 | 320.00 | 0.20 | 63.99 | Emails from/to client regarding payment to trustee and regarding tax returns.<br>O'Neill/Mike<br>Bankruptcy | 27 |
| 2522.001 | 05/05/2014 | 11 | P | 1 | 320.00 | 0.20 | 63.99 | Review file and confer with T. Sexton regarding 341; email to client regarding tax returns.<br>O'Neill/Mike<br>Bankruptcy | 28 |

| **Total for Transaction Date 05/05/2014** | | | | | Billable | 0.40 | 127.98 | | |

**Transaction Date 05/06/2014**
| 2522.001 | 05/06/2014 | 12 | P | 1 | 250.00 | 1.80 | 449.92 | Conference with M. O'Neil regarding petitions and schedules(.4); attend 341 meeting (.6); analyze issues raised by trustee at 341(.5); review annuity details (.3).<br>O'Neill/Mike<br>Bankruptcy | 29 |

| **Total for Transaction Date 05/06/2014** | | | | | Billable | 1.80 | 449.92 | | |

**Transaction Date 05/07/2014**
| 2522.001 | 05/07/2014 | 12 | P | 1 | 250.00 | 0.20 | 49.99 | Review Domestic Support Obligation information sheet; file same with trustee.<br>O'Neill/Mike<br>Bankruptcy | 30 |

| **Total for Transaction Date 05/07/2014** | | | | | Billable | 0.20 | 49.99 | | |

**Transaction Date 05/16/2014**
| 2522.001 | 05/16/2014 | 12 | P | 1 | 250.00 | 0.80 | 199.96 | Review objection to plan (.3); analyze code basis for objection (.5).<br>O'Neill/Mike<br>Bankruptcy | 31 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 05/16/2014**

| **Total for Transaction Date 05/16/2014** | | | | | Billable | 0.80 | 199.96 | | |

**Transaction Date 05/19/2014**
| 2522.001 | 05/19/2014 | 12 | P | 1 | 250.00 | 1.70 | 424.92 | Analyze trustee objections(.3); analyze conflicting liquidation analysis(.9); emails with trustee's office regarding liquidation analysis and feasibility(.3), start drafting OCP. (.2)<br>O'Neill/Mike<br>Bankruptcy | 32 |

| **Total for Transaction Date 05/19/2014** | | | | | Billable | 1.70 | 424.92 | | |

**Transaction Date 05/20/2014**
| 2522.001 | 05/20/2014 | 12 | P | 1 | 250.00 | 2.10 | 525.00 | Multiple emails to/from trustee regarding OCP and additional documents (.4); Finalize OCP (.5); Analyze annuity and perform exemption analysis (.7); prepare Ex D2 (.3); emails with client regarding same (.2).<br>O'Neill/Mike<br>Bankruptcy | 33 |

| **Total for Transaction Date 05/20/2014** | | | | | Billable | 2.10 | 525.00 | | |

**Transaction Date 05/21/2014**
| 2522.001 | 05/21/2014 | 12 | P | 1 | 250.00 | 3.30 | 825.00 | Amend and file attorney fee disclosure (No Charge); Multiple emails with trustee's office regarding OCP(.4); analyze Exhibit D2 from accountant(.3); analyze relevant case law regarding negative equity issue on claim objection(1.6); further analysis regarding annuity (1.0).<br>O'Neill/Mike<br>Bankruptcy | 34 |

| **Total for Transaction Date 05/21/2014** | | | | | Billable | 3.30 | 825.00 | | |

**Transaction Date 05/22/2014**
| 2522.001 | 05/22/2014 | 12 | P | 1 | 250.00 | 2.10 | 525.00 | Prepare amended schedules and SOFA (.6); Telephone conference with M. Oneill regarding amended schedules and secured claim offset (.4); further correspondence with trustee regarding OCP (.3); review trustee's further issues regarding OCP and confirmation (.8).<br>O'Neill/Mike<br>Bankruptcy | 35 |

| **Total for Transaction Date 05/22/2014** | | | | | Billable | 2.10 | 525.00 | | |

**Transaction Date 05/23/2014**
| 2522.001 | 05/23/2014 | 12 | P | 1 | 250.00 | 2.10 | 525.00 | Review emails from trustee regarding OCP and Ex D2. (.3); Analyze issues and amend OCP and Ex D2 (1.5); telephone conference with client regarding same (.3).<br>O'Neill/Mike<br>Bankruptcy | 38 |

| **Total for Transaction Date 05/23/2014** | | | | | Billable | 2.10 | 525.00 | | |

**Transaction Date 05/27/2014**
| 2522.001 | 05/27/2014 | 12 | P | 1 | 250.00 | 2.00 | 500.00 | Additional emails with trustee regarding confirmation and objections (.3); telephone conference with client regarding necessary amendments (.3); conference with client regarding amendments (.2); draft and file changes to address trustee objections (1.2).<br>O'Neill/Mike<br>Bankruptcy | 39 |

| **Total for Transaction Date 05/27/2014** | | | | | Billable | 2.00 | 500.00 | | |

**Transaction Date 05/28/2014**
| 2522.001 | 05/28/2014 | 11 | P | 1 | 320.00 | 0.30 | 96.00 | Telephone call to B. Summers regarding objection to confirmation; email to B. Summers regarding same.<br>O'Neill/Mike<br>Bankruptcy | 36 |
| 2522.001 | 05/28/2014 | 12 | P | 1 | 250.00 | 0.50 | 125.00 | Amend and file Ex D-2; emails with trustee regarding same.<br>O'Neill/Mike<br>Bankruptcy | 40 |

| **Total for Transaction Date 05/28/2014** | | | | | Billable | 0.80 | 221.00 | | |

**Transaction Date 05/29/2014**
| 2522.001 | 05/29/2014 | 11 | P | 1 | 320.00 | 1.00 | 320.00 | Attend confirmation hearing (.5); conference with B. Summers regarding negotiation and settlement of objection to confirmation (.3); email to client regarding update (.2).<br>O'Neill/Mike<br>Bankruptcy | 37 |
| 2522.001 | 05/29/2014 | 12 | P | 1 | 250.00 | 1.00 | 250.00 | Attend confirmation hearing; conference with B. | 41 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 05/29/2014**

| | | | | | | | | Summers regarding objection to plan. (No Charge). O'Neill/Mike Bankruptcy | |

| **Total for Transaction Date 05/29/2014** | | | | | Billable | 1.00 | 320.00 | | |
| | | | | | Non-billable | 1.00 | 250.00 | | |
| | | | | | Total | 2.00 | 570.00 | | |

**Transaction Date 06/04/2014**

| 2522.001 | 06/04/2014 | 11 | P | 1 | 320.00 | 0.40 | 128.00 | Email from L. VanDyk regarding child support payments; draft lengthy email to client regarding same, and regarding confirmation hearing, communication from B. Summers, relief from stay motion, and options. O'Neill/Mike Bankruptcy | 42 |

| **Total for Transaction Date 06/04/2014** | | | | | Billable | 0.40 | 128.00 | | |

**Transaction Date 06/10/2014**

| 2522.001 | 06/10/2014 | 11 | P | 1 | 320.00 | 0.40 | 128.00 | Review settlement email from B. Summers; draft lengthy review email to client. O'Neill/Mike Bankruptcy | 43 |

| **Total for Transaction Date 06/10/2014** | | | | | Billable | 0.40 | 128.00 | | |

**Transaction Date 06/11/2014**

| 2522.001 | 06/11/2014 | 12 | P | 1 | 250.00 | 0.70 | 175.00 | Analyze motion for relief from stay (.3); conference with N. Henderson regarding same (.2); respond to motion for relief from stay (.2). (No Charge). O'Neill/Mike Bankruptcy | 45 |

| **Total for Transaction Date 06/11/2014** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.70 | 175.00 | | |
| | | | | | Total | 0.70 | 175.00 | | |

**Transaction Date 06/12/2014**

| 2522.001 | 06/12/2014 | 12 | P | 1 | 250.00 | 1.80 | 450.00 | Analyze dissolution judgment to determine offset calculation (1.0); emails with M. O'Neill regarding offset amounts (.3); work on offset calculation (.5). O'Neill/Mike Bankruptcy | 46 |

| **Total for Transaction Date 06/12/2014** | | | | | Billable | 1.80 | 450.00 | | |

**Transaction Date 06/13/2014**

| 2522.001 | 06/13/2014 | 15 | P | 1 | 125.00 | 0.30 | 37.50 | Finalize and file Notice of Hearing and Response to Relief from Stay Motion; brief telephone conference with court clerk; brief conference with N. Henderson and T. Sexton regarding filing. O'Neill/Mike Bankruptcy | 44 |

| **Total for Transaction Date 06/13/2014** | | | | | Billable | 0.30 | 37.50 | | |

**Transaction Date 06/19/2014**

| 2522.001 | 06/19/2014 | 12 | P | 1 | 250.00 | 1.60 | 400.00 | Draft objection to claim(.4); work on set-off amounts (.6); emails with M. O'Neill regarding additional documentation (.2); review utility charges (.4). O'Neill/Mike Bankruptcy | 47 |

| **Total for Transaction Date 06/19/2014** | | | | | Billable | 1.60 | 400.00 | | |

**Transaction Date 07/01/2014**

| 2522.001 | 07/01/2014 | 12 | P | 1 | 250.00 | 0.40 | 100.00 | Prepare for and attend hearing regarding relief from stay. O'Neill/Mike Bankruptcy | 48 |
| 2522.001 | 07/01/2014 | 15 | P | 1 | 125.00 | 0.30 | 37.50 | Review file; docket evidentiary/adjourned confirmation hearing; conference with T. Sexton regarding same. O'Neill/Mike Bankruptcy | 60 |

| **Total for Transaction Date 07/01/2014** | | | | | Billable | 0.70 | 137.50 | | |

**Transaction Date 07/02/2014**

| 2522.001 | 07/02/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Conference with M. O'Neill regarding bills and offset. (No Charge). O'Neill/Mike Bankruptcy | 49 |

| **Total for Transaction Date 07/02/2014** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.20 | 50.00 | | |
| | | | | | Total | 0.20 | 50.00 | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 07/09/2014** | | | | | | | | | |
| 2522.001 | 07/09/2014 | 11 | P | 1 | 320.00 | 0.30 | 96.00 | Review and revise POC; email to B. Summers regarding same. (No Charge). O'Neill/Mike Bankruptcy | 50 |
| 2522.001 | 07/09/2014 | 12 | P | 1 | 250.00 | 1.60 | 400.00 | Finalize offset accounting (.9); file objection to claim (.2); conference with N. Henderson regarding offset accounting (.2); multiple emails with M. O'Neill regarding offset (.3). O'Neill/Mike Bankruptcy | 51 |
| **Total for Transaction Date 07/09/2014** | | | | | Billable Non-billable Total | 1.60 0.30 1.90 | 400.00 96.00 496.00 | | |
| **Transaction Date 07/14/2014** | | | | | | | | | |
| 2522.001 | 07/14/2014 | 11 | P | 1 | 320.00 | 0.70 | 224.00 | Meeting with client regarding plan and upcoming trial (0.5); email to B. Summers regarding counteroffer (0.2). (No Charge). O'Neill/Mike Bankruptcy | 52 |
| 2522.001 | 07/14/2014 | 12 | P | 1 | 250.00 | 0.60 | 150.00 | Conference with M. O'Neill regarding relief from stay hearing and offset accounting matters. O'Neill/Mike Bankruptcy | 56 |
| **Total for Transaction Date 07/14/2014** | | | | | Billable Non-billable Total | 0.60 0.70 1.30 | 150.00 224.00 374.00 | | |
| **Transaction Date 07/15/2014** | | | | | | | | | |
| 2522.001 | 07/15/2014 | 11 | P | 1 | 320.00 | 0.40 | 128.00 | Emails from/to B. Summers regarding hearing schedule; revise joint motion to reschedule hearing; email to B. Summers regarding same. O'Neill/Mike Bankruptcy | 53 |
| 2522.001 | 07/15/2014 | 11 | P | 1 | 320.00 | 0.20 | 64.00 | Emails from/to B. Summers regarding rescheduling hearing and communication with court. O'Neill/Mike Bankruptcy | 54 |
| 2522.001 | 07/15/2014 | 15 | P | 1 | 125.00 | 0.20 | 25.00 | Telephone conference with Stef @ Judge Perris' chambers regarding scheduling conference; brief conference with N. Henderson regarding same; email to and from N. Henderson regarding same. O'Neill/Mike Bankruptcy | 55 |
| 2522.001 | 07/15/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with L. Landerholm regarding money judgment; emails with M. O'Neill regarding documentation. O'Neill/Mike Bankruptcy | 58 |
| **Total for Transaction Date 07/15/2014** | | | | | Billable | 1.00 | 267.00 | | |
| **Transaction Date 07/17/2014** | | | | | | | | | |
| 2522.001 | 07/17/2014 | 11 | P | 1 | 320.00 | 0.50 | 160.00 | Emails to/from L. Landerholm regarding supplemental judgment and money award; telephone call from B. Summers regarding intent to move against Supplemental Judgment, and proposal for resolution of claim objection. (No Charge). O'Neill/Mike Bankruptcy | 57 |
| 2522.001 | 07/17/2014 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Conference with B. Summers regarding judgment offset; forward judgment to same. O'Neill/Mike Bankruptcy | 61 |
| **Total for Transaction Date 07/17/2014** | | | | | Billable Non-billable Total | 0.30 0.50 0.80 | 75.00 160.00 235.00 | | |
| **Transaction Date 07/21/2014** | | | | | | | | | |
| 2522.001 | 07/21/2014 | 15 | P | 1 | 125.00 | 0.30 | 37.50 | Prepare, finalize and file Certificate of Service on all applicable parties; serve objection to claim on same; brief conference with T. Sexton regarding same. O'Neill/Mike Bankruptcy | 62 |
| **Total for Transaction Date 07/21/2014** | | | | | Billable | 0.30 | 37.50 | | |
| **Transaction Date 07/22/2014** | | | | | | | | | |
| 2522.001 | 07/22/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Email with M. Oneill regarding objection to claim. O'Neill/Mike Bankruptcy | 64 |
| **Total for Transaction Date 07/22/2014** | | | | | Billable | 0.20 | 50.00 | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 07/23/2014** | | | | | | | | | |
| 2522.001 | 07/23/2014 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Brief review of offset supporting documentation. (No Charge). O'Neill/Mike Bankruptcy | 65 |
| **Total for Transaction Date 07/23/2014** | | | | | Billable Non-billable Total | 0.00 0.30 0.30 | 0.00 75.00 75.00 | | |
| **Transaction Date 07/24/2014** | | | | | | | | | |
| 2522.001 | 07/24/2014 | 11 | P | 1 | 320.00 | 0.30 | 96.00 | Telephone call from chambers regarding trial schedule; emails to/from B. Summers regarding same; conference with T. Sexton regarding document production. (No Charge). O'Neill/Mike Bankruptcy | 63 |
| 2522.001 | 07/24/2014 | 12 | P | 1 | 250.00 | 1.30 | 325.00 | Telephone conference with M. Oneill regarding relief from stay (.4); work on offset documents to produce to B. Summers (.9). (No Charge). O'Neill/Mike Bankruptcy | 66 |
| **Total for Transaction Date 07/24/2014** | | | | | Billable Non-billable Total | 0.00 1.60 1.60 | 0.00 421.00 421.00 | | |
| **Transaction Date 07/28/2014** | | | | | | | | | |
| 2522.001 | 07/28/2014 | 15 | P | 1 | 125.00 | 0.40 | 50.00 | Revise proposed order for continuance; send same to opposing counsel; email to and from T. Sexton. (No Charge). O'Neill/Mike Bankruptcy | 67 |
| 2522.001 | 07/28/2014 | 12 | P | 1 | 250.00 | 2.00 | 500.00 | Draft relief from stay motion (.5); draft order continuing hearing (.5); telephone call and emails to B. Summers regarding same (.4); analyze response options to confirmation objection (.6). O'Neill/Mike Bankruptcy | 68 |
| **Total for Transaction Date 07/28/2014** | | | | | Billable Non-billable Total | 2.00 0.40 2.40 | 500.00 50.00 550.00 | | |
| **Transaction Date 07/29/2014** | | | | | | | | | |
| 2522.001 | 07/29/2014 | 12 | P | 1 | 250.00 | 1.90 | 475.00 | Continue work compiling offset accounting(1.1); telephone conference with B. Summers regarding hearing (.2); edit and file continuance motion and relief from stay motion (.6) O'Neill/Mike Bankruptcy | 69 |
| **Total for Transaction Date 07/29/2014** | | | | | Billable | 1.90 | 475.00 | | |
| **Transaction Date 07/31/2014** | | | | | | | | | |
| 2522.001 | 07/31/2014 | 12 | P | 1 | 250.00 | 4.10 | 1,025.00 | Finalize offset documents for hearing (2.1); prepare for and attend hearing (1.4); follow up emails with creditor attorneys (.3) telephone conference with N. Henderson regarding same (.3). O'Neill/Mike Bankruptcy | 70 |
| **Total for Transaction Date 07/31/2014** | | | | | Billable | 4.10 | 1,025.00 | | |
| **Transaction Date 08/01/2014** | | | | | | | | | |
| 2522.001 | 08/01/2014 | 12 | P | 1 | 250.00 | 1.20 | 300.00 | Emails with B .Summer's regarding relief from stay order and Order Confirming Plan (.4); edit same (.3); emails with divorce counsel regarding attorney fees award and offset accounting in state court (.5). O'Neill/Mike Bankruptcy | 71 |
| **Total for Transaction Date 08/01/2014** | | | | | Billable | 1.20 | 300.00 | | |

**GRAND TOTALS**

| | | | |
|---|---|---|---|
| | Billable | 55.85 | 14,323.50 |
| | Non-billable | 5.90 | 1,551.00 |
| | Total | 61.75 | 15,874.50 |

Case 14-32050-tmb13    Doc 42    Filed 08/04/14

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 04/10/2014** | | | | | | | | |
| 2522.001 | 04/10/2014 | 11 | P | 60 | | 281.00 | United States Bankruptcy Court; filing fee O'Neill/Mike Bankruptcy | 2 |
| **Total for Transaction Date 04/10/2014** | | | | | Billable | 281.00 | | |
| | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 281.00 | | |

Timekeeers:
10= Alex Trauman, OSB #075491
11= Nicholas J. Henderson, OSB #074027
12= Troy G. Sexton, OSB #115184
15-= Paralegal.

Totals:
Fees: $14,323
Expenses: $281.00
Total: $14,604