James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
732 NW 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Creditor Wells Fargo, N.A.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re<br><br>MICHAEL MADISON O'NEILL,<br><br>                  Debtor. | Petition No. 14-32050-elp 13<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** |

Creditor Wells Fargo, NA hereby withdraws Proof of Claim No. 12 previously filed with the court on July 31, 2014.

DATED: August 26, 2014.

        KILMER VOORHEES & LAURICK, P.C.

        */s/ James P. Laurick*
        James P. Laurick, OSB No. 821530
        jlaurick@kilmerlaw.com
        732 NW 19th Avenue
        Portland, OR 97209
        Phone No.: 503-224-0055
        Fax No.: 503-222-5290

        Of Attorneys for Creditor Wells Fargo, NA
        I:\10004\0024\Pleadings\Notice of Withdrawal of Proof of Claim.docx

**Page 1 – NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-32050-pcm13   Doc 50   Filed 08/26/14