**B10 (Official Form 10) (04/13)**

| UNITED STATES BANKRUPTCY COURT District of Oregon | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Michael O'Neill <br> Case Number: 14–32050 | **FILED** <br> U.S. Bankruptcy Court <br> District of Oregon <br> 10/29/2014 <br> Charlene M. Hiss, Clerk <br> COURT USE ONLY |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Multnomah County

Name and address where notices should be sent:
Multnomah County
PO Box 2716
Portland, OR 97208–2716

Telephone number:     email:

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: 14 (*If known*)
Filed on: 10/28/2014

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:     email:

**1. Amount of Claim as of Date Case Filed:** $ 14234.11

If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Property Taxes   (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ___

**3a. Debtor may have scheduled account as:** _____ (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**
**Value of Property:** $_____
**Annual Interest Rate (when case was filed)** __% ☐ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ _____
**Basis for perfection:** _____
**Amount of Secured Claim:** $ _____
**Amount Unsecured:** $ 14234.11

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

**Amount entitled to priority:** $ _____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open−end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.

| ☐ I am the creditor. | ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) | ☑ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) | ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.) |

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Troy G. Sexton
Title: Attorney
Company: Motschenbacher & Blattner LLP
Address and telephone number (if different from notice address above):

s/ Troy G. Sexton        10/29/2014
(Signature)              (Date)

Telephone number:       email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

7/1/14 TO 6/30/15 REAL PROPERTY TAX STATEMENT
MULTNOMAH COUNTY, OREGON * P.O. BOX 2716 * PORTLAND, OREGON 97208-2716
Phone: (503) 988-3326    WWW.MULTCOTAX.ORG

**PROPERTY DESCRIPTION**  **ACCOUNT NO:** R119345

SITUS: 7131-7145 NE GLISAN ST    **CODE AREA:** 201
BRAINARD, BLOCK 1, LOT 19&20, E 85.6' OF
LOT 21&22, E 85.6' OF LOT 23 EXC PT IN ST

2014-15 CURRENT TAX BY DISTRICT:

| District | Amount |
|---|---|
| MULTNOMAH ESD | 71.27 |
| PORTLAND COMMUNITY COLLEGE | 43.69 |
| PORTLAND PUBLIC SCHOOL | 814.39 |
| PORTLAND PUBLIC SD LOC OPTION | 310.31 |
| EDUCATION TAXES: | $1,239.66 |

O'NEILL, MIKE &
O'NEILL, MICHAEL
7131-7145 NE GLISAN ST
PORTLAND, OR 97213

| District | Amount |
|---|---|
| PORT OF PORTLAND | 10.97 |
| CITY OF PORTLAND | 711.89 |
| METRO | 15.10 |
| EAST MULT SOIL & WATER CD | 16.00 |
| MULTNOMAH COUNTY | 675.26 |
| MULTNOMAH COUNTY LIBRARY | 183.60 |
| CITY OF PORTLAND CHILD LOC OP | 69.26 |
| METROL LOCAL OPTION | 16.51 |
| MULT CO HIST SOCIETY LOC OPT | 7.93 |
| PORTLAND FIRE/POLICE PENSION | 414.86 |
| URBAN RENEWAL - PORTLAND | 432.22 |
| GENERAL GOVERNMENT TAXES: | $2,553.60 |

**VALUES:**   LAST YEAR   THIS YEAR

MARKET VALUES:
LAND            231,880      231,880
STRUCTURE       115,420      115,420
TOTAL RMV VALUE 347,300      347,300

TAXABLE VALUES:
ASSESSED VALUE  167,010      172,020

| District | Amount |
|---|---|
| CITY OF PORTLAND BONDS | 38.40 |
| METRO BONDS | 41.84 |
| MULTNOMAH COUNTY BONDS | 15.31 |
| PORTLAND COMM COLLEGE BONDS | 68.47 |
| PORTLAND SCHOOL DIST BONDS | 169.30 |
| BONDS AND MISC TAXES: | $333.32 |

**PROPERTY TAXES:**    $4,030.51    $4,126.58

This is a copy of the original bill.
To pay online go to www.multcotax.org

2014-15 TAX (Before Discount)    $4,126.58

**TAX PAYMENT OPTIONS**

|  | Pay By | Discount | Net Amount Due |
|---|---|---|---|
| **In Full** | 11/17/14 | 123.80 | $18,236.89 |
| **2/3** | 11/17/14 | 55.02 | $16,930.15 |
| **1/3** | 11/17/14 | NONE | $15,609.64 |

PLEASE MAKE PAYMENT TO: Multnomah County

DELINQUENT TAXES: (2011*-2013)    $14,234.11

TOTAL (After Discount):    $18,236.89

PLEASE DETACH STUB AND RETURN WITH PAYMENT. RETAIN TOP PORTION FOR YOUR RECORDS.

| OREGON PROPERTY TAX YEAR | PLEASE MAKE PAYMENTS TO: Tax Collector, Multnomah County | Code Area | Account Number |
|---|---|---|---|
| July 1, 2014 to June 30, 2015 | | 201 | R119345 |
| Multnomah County Property Taxes | Payment options: | | |
| Property Address | **IN FULL** 11-17-2014 | Net Amount $18,236.89 | Amount Paid |
| 7131-7145 NE GLISAN ST PORTLAND, OR 97213 | **2/3** 11-17-2014<br>**1/3** 11-17-2014 | $16,930.15<br>$15,609.64 | |
| DO NOT WRITE IN SPACE BELOW | Discount is lost and interest applied after due date. | | |

0001119345    0001560964    0001693015    0001823689    16

**WRITE MAILING ADDRESS CHANGES IN AREA BELOW**

O'NEILL, MIKE &
O'NEILL, MICHAEL
7131-7145 NE GLISAN ST
PORTLAND, OR 97213