Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re:<br><br>Michael Madison O'Neill<br><br>Debtor | Case No.    14-32050-elp13<br><br>STIPULATED ORDER ALLOWING CLAIM NO. 8 |
|---|---|

Lisa Woodard fka Lisa O'Neill is the holder of Claim No. 8. Debtor objected to Woodard's claim. Debtor and Woodard have stipulated to a resolution of Woodard's claim in the parties' State Court dissolution case and now seek to make that stipulation effective in this proceeding.

Accordingly, based on the record herein and the stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. Claim No. 8 is allowed in the amount of $65,000 and interest shall accrue at the rate of 6% per year from October 31, 2014 until paid in full.

2. Claim No. 8 shall be paid according to the terms of the Debtor's currently confirmed bankruptcy plan, except that Woodard consents to the confirmation of a modified bankruptcy

PAGE 1 - STIPULATED ORDER ALLOWING CLAIM NO. 8

plan whereby the Debtor shall have 48 months to sell or refinance the commercial real property subject to Woodard's lien in order to pay Woodard in full.

# # #

It is so stipulated:

Presented By:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Troy G. Sexton
Troy G. Sexton
117 SW Taylor St. Suite 200
Portland, OR 97204
503-679-9842
tsexton@portlaw.com
Attorneys for Debtor Michael O'Neill


TARLOW NAITO & SUMMERS, LLP

/s/ Brent Summers
Brent Summers
Attorney for Lisa Woodard

# CERTIFICATE OF SERVICE

I hereby certify that on the 18 day of December, 2014, I caused to be served the foregoing **STIPULATED ORDER ALLOWING CLAIM NO. 8**, on the following parties at the following addresses:

Brent Summers
TARLOW NAITO & SUMMERS, LLP
2501 SW 1st Ave, #390
Portland OR 97201
E-mail: brent.summers@tnslaw.net

By:

    [  ]  U.S. Postal Service First Class Mail

    [  ]  Via Facsimile

    [  ]  Via Hand Delivery

    [  ]  E-mail

    [**X**]  Other (specify): ECF Electronic Delivery

DATED: December 18 2014

                                              /s/ Troy G. Sexton
                                              Troy G. Sexton