IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the FILED date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed Certificate of Service using a copy of this document (WITHOUT any attachments).

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re      )
      )  Case No. _____
      )
      )  [ONLY FOR CHAPTER 13 CASES]
      )  APPLICATION BY DEBTOR'S ATTORNEY
      )  FOR SUPPLEMENTAL COMPENSATION;
Debtor(s)      )  AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are _____ _____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)    IS    IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (12/1/15) **Page 1 of 2**

3.  My Disclosure of Compensation shows the debtor(s) and I agreed to:
    ___  Schedule 2    ___  Schedule 3.

4.  My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5.  Allowance of this application will (mark all that apply):
    __ not affect the distribution to creditors.
    __ not change the length of the plan which is estimated at _____ months.
    __ change the length of the plan from an estimated _____ months to an estimated _____ months.
    __ delay the distribution to creditors by approximately _____ months.
    __ reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %
    __ require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
    __ other: _____
    _____.

6.  Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7.  Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                    _____
                                     Debtor's Attorney


***STOP:* BEFORE SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

### CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

                                     _____
                                     Signature & Relation to Applicant

**Detail Fee Transaction File List**
Motschenbacher & Blattner LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Client ID 2522.001 O'Neill/Mike** | | | | | | | | |
| 2522.001 | 08/15/2014 | 12 | A | 1 | 250.00 | 0.30 | 75.00 | Emails with M. O'Neill regarding offset hearing. |
| 2522.001 | 08/18/2014 | 12 | A | 1 | 250.00 | 0.40 | 100.00 | Emails with opposing counsel regarding claim settlement meeting. |
| 2522.001 | 08/19/2014 | 12 | A | 1 | 250.00 | 0.20 | 50.00 | Emails with M. O'Neill regarding settlement conference. (No Charge). |
| 2522.001 | 08/21/2014 | 12 | A | 1 | 250.00 | 1.10 | 275.00 | Meeting with B. Summers, R. Demery and L. Landerholm. conference with N. Henderson regarding settlement. (No Charge). |
| 2522.001 | 08/22/2014 | 12 | A | 1 | 250.00 | 0.60 | 150.00 | Analyze settlement offer; conference with N. Henderson regarding same. |
| 2522.001 | 08/26/2014 | 12 | A | 1 | 250.00 | 0.30 | 75.00 | Analyze trust deed voidance issues. |
| 2522.001 | 09/08/2014 | 12 | A | 1 | 250.00 | 0.20 | 50.00 | Emails with M. O'Neill regarding hearing. (No Charge). |
| 2522.001 | 10/01/2014 | 12 | A | 1 | 250.00 | 0.30 | 75.00 | Emails with L. Landerholm regarding settlement analysis. |
| 2522.001 | 10/14/2014 | 12 | A | 1 | 250.00 | 0.20 | 50.00 | Emails with L. Landerholm regarding judgment |
| 2522.001 | 10/20/2014 | 12 | A | 1 | 250.00 | 0.60 | 150.00 | Multiple emails with opposing counsel, L. Landerholm and M. O'Neill regarding settlement issues and tax returns (.4); emails with M. O'neill regarding property tax payments and trustee disbursements. |
| 2522.001 | 10/21/2014 | 12 | A | 1 | 250.00 | 0.20 | 50.00 | Emails with M. O'Neill regarding taxes. |
| 2522.001 | 10/23/2014 | 12 | A | 1 | 250.00 | 0.20 | 50.00 | Emails with L. Landerholm and B. Summers regarding claim settlement. |
| 2522.001 | 10/29/2014 | 12 | A | 1 | 250.00 | 0.90 | 225.00 | Telephone conference and emails with B. Summers regarding hearing issues(.3); telephone conference with L. Landerholm regarding same (.2); telephone conference with Trustee regarding tax lien(.2); file amended tax claim(.2) |
| 2522.001 | 12/05/2014 | 12 | A | 1 | 250.00 | 0.20 | 50.00 | Emails with opposing counsel regarding child support judgment. |
| 2522.001 | 12/08/2014 | 12 | A | 1 | 250.00 | 0.20 | 50.00 | Amend Multnomah County claim. |
| 2522.001 | 12/09/2014 | 12 | A | 1 | 250.00 | 0.80 | 200.00 | Draft stipulated order regarding allowance of claim; emails with opposing counsel regarding hearing on claim. |
| 2522.001 | 12/10/2014 | 12 | A | 1 | 250.00 | 0.60 | 150.00 | Attend court hearing on Woodard claim; follow up email with B. Summers regarding stipulated judgment. |
| 2522.001 | 12/18/2014 | 12 | A | 1 | 250.00 | 0.30 | 75.00 | File and serve stipulated judgment allowing claim. |
| 2522.001 | 01/07/2015 | 12 | A | 1 | 260.00 | 0.50 | 130.00 | Review, edit and file modified plan. |
| 2522.001 | 01/09/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Draft letter to B. Summers regarding modified plan. |
| 2522.001 | 01/30/2015 | 11 | A | 1 | 350.00 | 0.30 | 105.00 | Conference with T. Sexton regarding 544 action regarding Steven Allen Smith; review complaint. |
| 2522.001 | 01/30/2015 | 12 | A | 1 | 260.00 | 1.80 | 468.00 | Prepare adversary complaint to avoid SAS trust deed. |
| 2522.001 | 02/04/2015 | 12 | A | 1 | 260.00 | 0.70 | 182.00 | Amend adversarial complaint(.5); emails with trustee regarding assignment of right to avoid liens (.2). |
| 2522.001 | 02/11/2015 | 12 | A | 1 | 260.00 | 1.00 | 260.00 | Edit assignment motion (.5); draft proposed order granting assignment (.3); email same to Ch 13 trustee's office (.2). |
| 2522.001 | 02/19/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | File motion and order regarding assignment. |
| 2522.001 | 03/10/2015 | 12 | A | 1 | 260.00 | 0.70 | 182.00 | Edit and file adversarial complaint. |
| 2522.001 | 04/10/2015 | 11 | A | 1 | 350.00 | 0.20 | 70.00 | Telephone call from D. Ricks regarding extension of time to file answer in adversary proceeding. |
| 2522.001 | 04/10/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Conference with N. Henderson regarding answer in avoidance action and summary judgment issues in same. |
| 2522.001 | 04/21/2015 | 10 | A | 1 | 305.00 | 0.45 | 137.25 | Attend hearing regarding pre-trial conference. |
| 2522.001 | 04/21/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Review answer to adversarial complaint. |
| 2522.001 | 04/22/2015 | 12 | A | 1 | 260.00 | 0.50 | 130.00 | Telephone conference with M. O'Neill regarding adversary proceeding and case status. |
| 2522.001 | 05/12/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Telephone conference with D. Ricks regarding adversarial settlement. |
| 2522.001 | 05/27/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Telephone conference with D. Ricks regarding settlement. |
| 2522.001 | 06/04/2015 | 12 | A | 1 | 260.00 | 0.80 | 208.00 | Analyze practical impact on plan payments of settlement vs. fighting Smith lien. |
| 2522.001 | 06/15/2015 | 12 | A | 1 | 260.00 | 1.00 | 260.00 | Review motion to allow late claim; analyze late claim filing in CHapter 13 case and relevant case law. |
| 2522.001 | 06/16/2015 | 12 | A | 1 | 260.00 | 0.90 | 234.00 | Further analysis of Smith proof of claim and argument regarding allowance of late claim and impact on plan. |
| 2522.001 | 06/17/2015 | 12 | A | 1 | 260.00 | 1.60 | 416.00 | Telephone conference with M. O'Neill regarding adversary proceeding settlement option and risk/rewards going forward; telephone conference with D. Ricks regarding settlement and claims status; analyze 3002(c)(3) issues and allowed late claims in the event lien is avoided. |
| 2522.001 | 06/18/2015 | 12 | A | 1 | 260.00 | 0.50 | 130.00 | Review family law judgment documents; analyze garnishment options; emails to L. Landerholm regarding same. |
| 2522.001 | 06/22/2015 | 12 | A | 1 | 260.00 | 2.40 | 624.00 | Extensive analysis of financial impact of various settlment scenarios (2.1); email D. Ricks regarding |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Client ID 2522.001 O'Neill/Mike** | | | | | | | | |
| 2522.001 | 06/26/2015 | 12 | A | 1 | 260.00 | 0.50 | 130.00 | settlement response (.3). Telephone conference with M. O'Neill regarding settlement options. |
| 2522.001 | 06/30/2015 | 12 | A | 1 | 260.00 | 0.60 | 156.00 | Work on response to motion to allow late claim |
| 2522.001 | 07/02/2015 | 12 | A | 1 | 260.00 | 3.40 | 884.00 | Draft response to motion to allow claim (2.1); analyze trust deed statute and arguments against void deed(1.3). |
| 2522.001 | 07/08/2015 | 12 | A | 1 | 260.00 | 0.70 | 182.00 | Prepare for an attendance as hearing on objection to claim. |
| 2522.001 | 07/21/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Telephone conference with D. Ricks regarding settlement. |
| 2522.001 | 08/04/2015 | 12 | A | 1 | 260.00 | 0.80 | 208.00 | Analyze discovery status and deadlines; analyze answer for necessary discovery points; telephone call to M. Oneill regarding settlement. |
| 2522.001 | 08/05/2015 | 12 | A | 1 | 260.00 | 1.60 | 416.00 | Telephone conference with M. O'Neill regarding settlement(.4); telephone conference with D. Ricks regarding deadline extension (.2); work on stipulated motion to extend dispositive motion deadline (1.0). |
| 2522.001 | 08/06/2015 | 12 | A | 1 | 260.00 | 0.90 | 234.00 | Work on stipulated order resetting dispositive motion deadline and declaration in support of same (.7); emails with D. Ricks regarding same (.2). |
| 2522.001 | 08/10/2015 | 12 | A | 1 | 260.00 | 1.20 | 312.00 | Work on discovery motions. |
| 2522.001 | 08/14/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Telephone conference with Court regarding motion hearing. |
| 2522.001 | 08/18/2015 | 12 | A | 1 | 260.00 | 0.40 | 104.00 | Prepare for and attendance at motion hearing. |
| 2522.001 | 08/26/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Emails with M. O'Neill regarding recent case filing and settlement conference. |
| 2522.001 | 08/27/2015 | 12 | A | 1 | 260.00 | 1.20 | 312.00 | Finalize request for production, request for admissions and document requests. |
| 2522.001 | 08/28/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Review court order regarding mediation. |
| 2522.001 | 09/02/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Emails with L. Landerholm office regarding judgment against creditor. |
| 2522.001 | 09/15/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Emails with L. Landerholm regarding experts for fee arbitration. |
| 2522.001 | 09/17/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Review correspondence from Ch 13 trustee regarding garnishments. |
| 2522.001 | 09/19/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Emails with Landerholm office regarding garnishment. |
| 2522.001 | 09/22/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Telephone call to M. O'Neill regarding settlement conference details. |
| 2522.001 | 09/24/2015 | 11 | A | 1 | 350.00 | 0.50 | 175.00 | Telephone call to client regarding adversary proceeding and settlement (0.3); telephone call to D. Ricks regarding same (0.2). |
| 2522.001 | 09/24/2015 | 12 | A | 1 | 260.00 | 0.40 | 104.00 | Telephone conference with M. O'Neill regarding settlement strategy and mediation. |
| 2522.001 | 09/29/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Conference with N. Henderson regarding settlment terms; emails with D. Ricks regarding same. |
| 2522.001 | 10/01/2015 | 12 | A | 1 | 260.00 | 0.40 | 104.00 | Draft letter to Judge Brown regarding settlement. |
| 2522.001 | 10/06/2015 | 11 | A | 1 | 350.00 | 0.50 | 175.00 | Revise settlement agreement; email to D. Ricks regarding same. |
| 2522.001 | 10/06/2015 | 12 | A | 1 | 260.00 | 1.80 | 468.00 | Conference with N. Henderson regarding settlement terms (0.3); draft settlement agreement (1.1); draft proposed order regarding same (0.4). |
| 2522.001 | 10/12/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Telephone conference with M. O'Neill regarding settlement outcomes and case posture. |
| 2522.001 | 10/26/2015 | 11 | A | 1 | 350.00 | 0.50 | 175.00 | Review and revise draft settlement agreement; email to D. Ricks regarding same; email to client regarding same. |
| 2522.001 | 10/26/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Telephone conference with M. O'Neill regarding taxes and settlement. |
| 2522.001 | 11/05/2015 | 11 | A | 1 | 350.00 | 0.60 | 210.00 | Telephone call from Client regarding questions about settlement agreement. |
| 2522.001 | 11/11/2015 | 11 | A | 1 | 350.00 | 0.50 | 175.00 | Telephone call from client regarding LOI for potential property sale; email to client regarding signed settlement agreement from Smith. |
| 2522.001 | 11/17/2015 | 11 | A | 1 | 350.00 | 0.50 | 175.00 | Review letter from D. Ricks; email to client regarding same; revise form of judgment for adversary proceeding; email to client regarding same; email to D. Ricks regarding same. |
| 2522.001 | 11/17/2015 | 12 | A | 1 | 260.00 | 0.60 | 156.00 | Emails with D. Ricks regarding form of judgment (.2); draft same (.4). |
| 2522.001 | 11/18/2015 | 11 | A | 1 | 350.00 | 0.20 | 70.00 | Revise form of judgment; email to D. Ricks regarding same. |
| 2522.001 | 11/18/2015 | 12 | A | 1 | 260.00 | 0.80 | 208.00 | Conference with M. O'Neill regarding settlement agreement and bankruptcy plan going forward. |
| 2522.001 | 12/29/2015 | 12 | A | 1 | 260.00 | 0.40 | 104.00 | Review trustee arguments against garnishment and related case law. |
| 2522.001 | 01/28/2016 | 12 | P | 1 | 260.00 | 0.50 | 130.00 | Review Dex claims; telephone call to creditor regarding same; telephone call to client regarding same. |

                                                    **Detail Fee Transaction File List**                                            Page: 3
                                                           Motschenbacher & Blattner LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Client ID 2522.001 O'Neill/Mike** | | | | | | | | |
| 2522.001 | 03/10/2016 | 12 | P | 1 | 260.00 | 0.30 | 78.00 | Telephone conference with Dex creditor regarding settlement and claim issues. |
| 2522.001 | 03/23/2016 | 12 | P | 1 | 260.00 | 0.40 | 104.00 | Telephone conference with M. O'Neill regarding Dex debt; telephone conference with debt collection agency regarding defenses; emails with same regarding claims. |
| 2522.001 | 04/15/2016 | 12 | P | 1 | 260.00 | 0.50 | 130.00 | Conference with M. O'Neill regarding Dex claims. |
| 2522.001 | 05/02/2016 | 12 | P | 1 | 260.00 | 0.30 | 78.00 | Telephone conference with M. O'Neill regarding refinance and plan pay off. |
| 2522.001 | 07/14/2016 | 12 | P | 1 | 260.00 | 0.20 | 52.00 | Telephone conference with M. O'Neill regarding garnishment and judgment. |
| 2522.001 | 10/26/2016 | 12 | P | 1 | 260.00 | 1.10 | 286.00 | Work on garnishment motion; analyze case law regarding same. |
| 2522.001 | 01/26/2017 | 12 | P | 1 | 315.00 | 0.60 | 189.00 | Telephone conference with M. O'Neill regarding garnishment and judgment; work on motion to allow garnishment. |
| 2522.001 | 01/27/2017 | 12 | P | 1 | 315.00 | 0.60 | 189.00 | Prepare garnishment. |
| 2522.001 | 02/13/2017 | 12 | P | 1 | 315.00 | 0.20 | 63.00 | Review return of garnishment. |
| 2522.001 | 02/23/2017 | 12 | P | 1 | 315.00 | 0.30 | 94.50 | Review garnishment response; email to client regarding options; telephone conference with same regarding same. |

| **Total for Client ID 2522.001** | | Billable | 48.05 | 12,887.75 | O'Neill/Mike |
|---|---|---|---|---|---|
| | | Non-billable | 1.50 | 375.00 | Bankruptcy |
| | | Total | 49.55 | 13,262.75 | |

### GRAND TOTALS

| | | |
|---|---|---|
| Billable | 48.05 | 12,887.75 |
| Non-billable | 1.50 | 375.00 |
| Total | 49.55 | 13,262.75 |

Timekeepers:

#10 - Alex C. Trauman, Partner            0.45 hours @ $305 per hour =    $137.25

#11 - Nicholas J. Henderson, Partner      3.8 hours @ $350 per hour =     $1,330.00

#12 - Troy G. Sexton, Associate           7.6 hours @ $250 per hour =     $1,900.00
                    (subtracting 1.5 hours @ $250 per hour as non billable =   ($375.00)
                                          36.0 hours @ $260 per hour =    $9,360.00
                                          1.7 hours @ $315 per hour =     $535.50

                                                         SUBTOTAL:       $12,887.75

                     (LESS $1,500.00  COURTESY DISCOUNT) =                $11,387.75

**Detail Cost Transaction File List**  
Motschenbacher & Blattner LLP

Page: 1

| Client | Trans Date | Tmkr | H/P | Tcode/Task Code | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 2522.001 O'Neill/Mike** | | | | | | | |
| 2522.001 | 08/31/2014 | 11 | A | 55 | | 5.32 | Postage |
| 2522.001 | 02/28/2015 | 11 | A | 98 | | 3.00 | Pacer |
| 2522.001 | 03/31/2015 | 11 | A | 98 | | 5.40 | Pacer |
| 2522.001 | 04/30/2015 | 11 | A | 98 | | 1.50 | Pacer |
| 2522.001 | 07/31/2015 | 11 | A | 98 | | 0.60 | Pacer; court access |
| 2522.001 | 01/27/2017 | 11 | P | 98 | | 15.00 | US Bank, N.A.; Writ of Garnishment fee |
| 2522.001 | 02/28/2017 | 11 | P | 55 | | 8.59 | Postage |

**Total for Client ID 2522.001**     Billable     39.41    O'Neill/Mike  
Bankruptcy

**GRAND TOTALS**

Billable     39.41

**Exhibit 2 - Page 1 of 1**  
Case 14-32050-tmb13    Doc 90    Filed 04/17/17