```
                             United States Bankruptcy Court
                                   District of Oregon
In re:                                                            Case No. 14-32050-tmb
Michael Madison O'Neill                                           Chapter 13
            Debtor                 CERTIFICATE OF NOTICE
District/off: 0979-3           User: admin                Page 1 of 2             Date Rcvd: Jul 02, 2018
                               Form ID: NRD               Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db             +Michael Madison O'Neill,    131 NE 87th Ave,    Portland, OR 97220-5928
cr             +Wells Fargo Bank, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
100605781      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
100605782       American Express,    PO Box 6508448,   Dallas, TX 75265-0448
100679150       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
100605783     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
100605785       Bank of America,    PO Box 15796,    Wilmington, DE 19886-5796
100605784       Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
100605787       Boneville Collections Check Services,     1186 E 4600 S,    Suite 100,   Ogden, UT 84403-4896
100605790      +Brown & Joseph Ltd,    1701 Golf Rd Bldg 2,    Rolling Meadows, IL 60008-4731
100605791     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibusiness Card,     PO Box 182564,    Columbus, OH 43218-2564)
100693309      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
100605797      +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
100605799      +Jim and Phyllis O'Neil,    63157 Fruitdale Rd.,    Coos Bay, OR 97420-7241
100739657       Multnomah County,    PO Box 2716,    Portland, OR 97208-2716
100821693       Multnomah County - DART,    Assessment, Recording & Taxation,
                 P.O. BOX 2716, Portland, OR 97208-2716
100605803       Mutlnomah County,    PO Box 2716,    Portland, OR 97208-2716
100605804       NW Natural,    PO Box 6017,    Portland, OR 97228-6017
100605805      +O'Neill's Tools, Inc.,    7133 NE Glisan St.,    Portland, OR 97213-5519
100605807     ++PACIFICORP,   ATTN BANKRUPTCY,    PO BOX 25308,    SALT LAKE CITY UT 84125-0308
               (address filed with court: Pacific Power,     PO Box 400,    Portland, OR 97207-0400)
100605809       Phillips & Cohen Associates, Ltd.,     PO Box 5790,    Hauppauge, NY 11788-0164
100605814     ++STEVEN ALLEN SMITH PC,    PO BOX 82351,    PORTLAND OR 97282-0351
               (address filed with court: Steven Smith,     Attorney at Law,    5745 NE Glisan Street,
                 Portland, OR 97213)
100988768      +Steven Allen Smith PC,    c/o Vanden Bos & Chapman, LLP,     319 SW Washington #520,
                 Portland, OR 97204-2620
100605795     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,     PO Box 108,    Saint Louis, MO 63166)
100605818      +Wells Fargo Bank,    PO Box 14517,    Des Moines, IA 50306-3517
100650430      +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,   Phoenix, AZ 85038-9482
100719982      +Wells Fargo Bank, NA,    c/o James P. Laurick,    732 NW 19th Avenue,    Portland, OR 97209-1302
100605819      +Wells Fargo Business Bkg Support,     MAC D4004-03A Dept 34431,    PO Box 39000,
                 San Francisco, CA 94139-0001
100722683      +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,   Des Moines, IA 50328-0001
100605820      #Wells Fargo Card Services,    PO Box 30086,    Los Angeles, CA 90030-0086
100605821       Wells Fargo Home Mortgage,    PO Box 30427,    Los Angeles, CA 90030-0427
100605822      +Wells Fargo Home Mortgage,    c/o John G. Stumpf, CEO,     420 Montgomery St,
                 San Francisco, CA 94104-1207
100605823      +Wendy Bourg,    3906 SW Kelly Avenue,    Portland, OR 97239-4315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
100605788       E-mail/Text: banko@bonncoll.com Jul 03 2018 02:32:46      Bonneville Collections,
                 PO Box 150621,   Ogden, UT 84415-0621
100605789       E-mail/Text: banko@bonncoll.com Jul 03 2018 02:32:46      Bonneville Collections Check Services,
                 1186 E 4600 S,   Suite 100,   Ogden, UT 84403-4896
100710095       E-mail/Text: bankruptcy@portlandoregon.gov Jul 03 2018 02:31:40      City of Portland,
                 City Attorney's Office,   1221 SW 4th Ave Rm 430,    Portland OR 97204
100605810       E-mail/Text: bankruptcy@portlandoregon.gov Jul 03 2018 02:31:40      Portland Water Bureau,
                 PO Box 4216,   Portland, OR 97208
100605794       E-mail/Text: mrdiscen@discover.com Jul 03 2018 02:31:09      Discover Financial Services LLC,
                 PO Box 15316,   Wilmington, DE 19850
100605793       E-mail/Text: mrdiscen@discover.com Jul 03 2018 02:31:09      Discover,   PO Box 29033,
                 Phoenix, AZ 85038-9033
100610664       E-mail/Text: mrdiscen@discover.com Jul 03 2018 02:31:09      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH 43054-3025
100605796      +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2018 02:30:33      GE/JC Penney,   PO Box 965007,
                 Orlando, FL 32896-5007
100605798       E-mail/Text: cio.bncmail@irs.gov Jul 03 2018 02:31:31      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
100605800      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 03 2018 02:32:19      Key Bank,   PO Box 89438,
                 Cleveland, OH 44101-6438
100625112      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 03 2018 02:32:19
                 KeyBank National Association,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
100605806      +E-mail/Text: bankruptcy.revenue@oregon.gov Jul 03 2018 02:31:04      ODR Bkcy,
                 955 Center NE, #353,   Salem, OR 97301-2555
100653869       E-mail/Text: bankruptcy.revenue@oregon.gov Jul 03 2018 02:31:04      ODR Bkcy,
                 955 Center St NE,   Salem OR 97301-2555
100605812       E-mail/Text: bankruptcy@proconsrv.com Jul 03 2018 02:31:59      PRO Consulting Services, Inc.,
                 PO Box 66768,   Houston, TX 77266-6768
100605808      +E-mail/Text: bankruptcynotifications@pacificorp.com Jul 03 2018 02:33:08      PacifiCorp,
                 dba Rocky Mountain Power/Pacific Power,    POB 25308,    Salt Lake City UT 84125-0308
```

Case 14-32050-tmb13    Doc 112    Filed 07/04/18

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
100605813         E-mail/Text: bk@revenuegroup.com Jul 03 2018 02:32:46      Revenue Group,
                 4780 Hinckley Industrial Parkway,   Suite 200,   Cleveland, OH 44109
                                                                                            TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
100605801         Lisa O'Neill
100605786*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court: Bank of America, N.A.,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
100605811*       ++CITY OF PORTLAND,    OFFICE OF CITY ATTORNEY,    RM 430,   1221 SW 4TH AVE,
                   PORTLAND OR 97204-1991
                  (address filed with court: Portland Water Bureau,   PO Box 4216,   Portland, OR 97208-4216)
100624666*       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                  (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                   CINCINNATI, OH 45201-5229)
100605816*       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                  (address filed with court: US Bank,   PO Box 2407,   EP-MN-L23C,   Minneapolis, MN 55402-9998)
100605815*       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                  (address filed with court: US Bank,   PO Box 5227,   Cincinnati, OH 45201)
100605817*       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                  (address filed with court: US Bank Reserve Line,   1200 Energy Park D,   Saint Paul, MN 55108)
100605792        ##+Denise Cousineau,    132 NE 57th Ave,   Portland, OR 97213-3710
100605802        ##+Lisa Woodard fka Lisa O'Neill,    c/o Tarlow Naito & Summers, LLP,   BGS/llv,
                   2501 SW 1st Ave #390,   Portland, OR 97201-4751
                                                                                     TOTALS: 1, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
NONE.                                                                                     TOTAL: 0
```

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

July 2, 2018

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Michael Madison O'Neill**
Debtor(s)

Case No. **14–32050–tmb13**

NOTICE RE COMPLETION OF PLAN PAYMENTS; DEBTOR **REQUIREMENT(S) FOR ENTRY OF DISCHARGE;** INTENT TO POSSIBLY CLOSE CASE WITHOUT ENTRY OF DISCHARGE; AND 11 USC §522(q)(1) MOTION DEADLINE

The trustee has notified the court that the plan payments in this Chapter 12/13 case have been completed, now, therefore,

**NOTICE IS GIVEN THAT** the debtor(s) must completely fill out, sign, and file Local Bankruptcy Form (LBF) 525, Individual Debtor's Certification Regarding Payment of Domestic Support Obligations In a Chapter 12/13 Case, and Statement Re 11 USC §522(q)(1) Applicability, within 21 days of the "Filed" date above, with the Clerk, U.S. Bankruptcy Court, or else this case may be closed, upon completion of all case administration, without entry of a Discharge Order or further notice.

**NOTICE IS FURTHER GIVEN THAT** this case may also be closed, upon completion of all case administration, without entry of a Discharge Order or further notice, unless, within 21 days of the "Filed" date above, a Certification About a Financial Management Course (the course provider's certificate and/or Official Form 423) is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain a list of approved providers for the financial management course, go to www.orb.uscourts.gov and select Debtor Education Providers under Other Resources.

To obtain Official Form 423, go to www.orb.uscourts.gov and select Official Forms under the Forms menu.

**NOTICE IS FURTHER GIVEN THAT** any interested party wishing to file a motion for the court to not enter a discharge because there is a pending proceeding for which the debtor(s) may be found guilty of a felony or liable for a debt of a kind described in 11 USC §522(q)(1) shall, within 21 days of the "Filed" date above, file a written motion with the Clerk, U.S. Bankruptcy Court, including a completed Certificate of Service on the debtor(s), any Trustee, U.S. Trustee, and their respective attorneys.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204